**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Heights, Inc. | |
| 2. **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 58-1088829 | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 140 James Aldredge Blvd. | |
| Number      Street | Number      Street |
| | |
| | P.O. Box |
| Atlanta      GA      30336 | |
| City      State      ZIP Code | City      State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Fulton County | |
| County | Number      Street |
| | |
| | City      State      ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor __Heights, Inc._____   Case number (if known)_____
          Name

### 7. Describe debtor's business

**A. Check one:**
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

**B. Check all that apply:**
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5322____

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.   District _____   When _____ MM / DD / YYYY   Case number _____
          District _____   When _____ MM / DD / YYYY   Case number _____

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☑ Yes.   Debtor __Tip Tip Tux, LLC_____   Relationship __Affiliate_____
          District __Northern District of Georgia__   When __08/11/2023__ MM / DD / YYYY
          Case number, if known _____

Official Form 201       Voluntary Petition for Non-Individuals Filing for Bankruptcy       page **2**

| Debtor | Heights, Inc. | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number    Street<br>_____<br>_____<br>City                    State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|
| 14. | **Estimated number of creditors** | ☐ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000<br>☐ 50-99    ☐ 5,001-10,000    ☐ 50,001-100,000<br>☑ 100-199    ☐ 10,001-25,000    ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated assets** | ☐ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☑ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor  Heights, Inc.
       Name

Case number (if known) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☒ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/11/2023
           MM / DD / YYYY

✘ /s/ John Sabol                          John Sabol
Signature of authorized representative of debtor    Printed name

Title  Authorized Representative

**18. Signature of attorney**

✘ /s/ William Rountree                    Date  08/11/2023
Signature of attorney for debtor                MM / DD / YYYY

William Rountree
Printed name

Rountree, Leitman, Klein & Geer, LLC
Firm name

2987 Clairmont Road Suite 350
Number    Street

Atlanta                                   GA        30329
City                                      State     ZIP Code

404-584-1238                              wrountree@rlkglaw.com
Contact phone                             Email address

616503                                    GA
Bar number                                State

Debtor _____Heights, Inc._____    Case number (*if known*)_____
       First Name   Middle Name   Last Name

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

| | | |
|---|---|---|
| Suit Up, Inc. | Northern District of Georgia | 08/11/2023 |
| Xedo, Inc. | Northern District of Georgia | 08/11/2023 |
| Tuxedo Holdings, Inc. | Northern District of Georgia | 08/11/2023 |
| Tuxedo Holdings MIN, Inc. | Northern District of Georgia | 08/11/2023 |
| Tuxedo Holdings CLE, Inc. | Northern District of Georgia | 08/11/2023 |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**

140 JAB, LLC
c/o Integra Property Management
241 East Prospect Road
Fort Lauderdale, FL 33334

1500 Southland, LLC
c/o ANNE PUETT JOHNSON
238 15TH STREET NE, #10
Atlanta, GA 30309

168TH AND DODGE LP
PO BOX 92277
LAS VEGAS, NV 89193-2277

ALLIED DEVELOPMENT OF PARMA LLC
PO BOX 220439
GREAT NECK, NY 11022

ALMEDA MALL CAPITAL HOLDING, LLC
1010 NORTH BLVD STE 212
GREAT NECK, NY 11021

ALTERMAN TOWN CENTER LLC
SHOPPING CENTER GROUP
300 GALLERIA PKWY FLOOR 12
ATLANTA, GA 30339

AN RENTALS LLC
9060 ANDERMATT DR STE 105
LINCOLN, NE 68526

Angel-Gonzalez Lorena
5903 cooks rd se
Mableton, GA 30126

ARBOR PLACE II LLC
CBL & ASSOCIATES LP
PO BOX 5543
CAROL STREAM, IL 60197-5543

Arellano Maria
807 Wayland CT
Smyrna, GA 30080

Azana Daisy
2032 Esquire Drive
ALPHARETTA, GA 30005

B & A PROPERTIES
2322 JUNIPER DR
AMARILLO, TX 79109

Bakken Timothy
24 17Th Ave N
Hopkins, MN 55343

Baldwin Park Plaza, LLc
8235 Douglas Ave
Dallas, TX 75225

BELDEN MALL LLC
C/O General Manager
4230 Belden Village Mall
Canton, OH 44718

Bester Sanders
802 Poplar Pointe Drive
COLLEGE PARK, GA 30349

BK NORTH PARK PLAZA LTD
3700 BUFFALO SPEEDWAY
SUITE 400
HOUSTON, TX 77098

BLEX EXCHANGE II LP
DEPT # 5210
PO BOX 200346
DALLAS, TX 75320-0346

Boettger Duane
425 Essex St
Sioux City, IA 51103

Bolden Truman
1022 Brookdale Dr.
Atlanta, GA 30344

Brito Maria
6961 Roswell Rd
Apt L
SANDY SPRINGS, GA 30328

Cabrera Durka
1164 Elaine Dr
Forest Park, GA 30297

Cameron Johnson
3680 Langton Rd
Cleveland, OH 44121

Castro Chora Flora
212 Fairburn Road NW
Atlanta, GA 30331

Castro Ramirez Ana
2032 Esquire Drive
ALPHARETTA, GA 30005

Daisy Azana
2032 Esquire Drive
ALPHARETTA, GA 30005

CBRE GLOBAL INVESTORS, LLC
NPMC RETAIL, LLC
PO BOX 101958
PASADENA, CA 91189-1958

DIRECT PROPERTIES LLC
101 S. REID ST
SUITE 201
SIOUX FALLS, SD 57103

CFH REALTY III/ SUNSET VALLEY L.P.
PO BOX 30344
TAMPA, FL 33630

EASTWOOD MALL
PO BOX 7535
CAROL STREAM, IL 60197-7535

Christmas Jimmy
5250 Tavenor Lane
Houston, TX 77048

FINDLAY MALL CAPITAL HOLDING LLC
1010 NORTHERN BLVD
SUITE #212
GREAT NECK, NY 11021

Conlon Nicholas
4504 Green Brook Place
Apt # 28
Fort Worth, TX 76116

Franco Roldan Claudia
3575 oakvale  rd
Decatur, GA 30034

CP VENTURE FIVE AWC LLC
PRLHC AWC 184713
PO BOX 978642
DALLAS, TX 75397-8642

FW TX - WOODWAY COLLECTION L.P.
REGENCY CENTERS
3200 KIRBY DRIVE #910
HOUSTON, TX 77098

CPT ARLINGTON HIGHLANDS 1 LP
PO BOX 206250
DALLAS, TX 75320

Garcia Irama
3640 S Fulton Ave
Unit 1541
Atlanta, GA 30354

Cruz-Cuevas Luz
750 Six Flags Rd
Lot 224
Austell, GA 30168

Garrett Rahma
6046 Lisa Lane
Houston, TX 77021

CTO20 PREIMETER LLC
PO BOX 6076
HICKSVILLE, NY 11802-6076

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

CUMBERLAND FESTIVAL LLC
C/O COLLIERS INTERNTL MGMT- ATLANTA
1230 PEACHTREE ST NE STE 800
ATLANTA, GA 30309

Georgia Department of Revenue
Compliance Division, ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

Curtis Paul
1258 Blanchester Road
Cleveland, OH 44124

Girard Thomas
1839 Glen Ellen Road
Sioux City, IA 51106

Glover Dominique
6489 Northridge Way
Morrow, GA 30260

Goines Harry
Apt 1604
Atlanta, GA 30331

Goulou Rommel
1200 Grayson Oaks Dr
Lawrenceville, GA 30045

GREENS OF LYNDHURST
3311 RICHMOND ROAD STE 200
BEECHWOOD, OH 44122-4166

Guzik Kevin
1241 Worton Blvd
Cleveland, OH 44124

HABIF PROPERTIES, LLC
3717 ROSWELL RD
SUITE 100
ATLANTA, GA 30342

Halverson Greg
709 Logan St
Janesville, WI 53543

HARPER/HUDDLESTON INC
4061 BROADWAY
SAN ANTONIO, TX 78209

HAWTHORNE OP LLC
4705 Central Street
Kansas City, MO 64112

HENDON GREENBRIAR MALL 2022 LLC
3445 PEACHTREE ROAD STE 465
ATLANTA, GA 30326

Holzman Dennis
41 6th Avenue North East
Le Mars, IA 51031

HPC WHISPERING CREEK INVESTORS
18321 VENTURA BLVD STE 980
TARZANA, CA 91356

Industrial Lending 1 S.A.
c/o Growth Lending
1175 Peachtree St NE, Suite 1000
Atlanta, GA 30361

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

Irama Garcia
3640 S Fulton Ave
Unit 1541
Atlanta, GA 30354

Iron Hawk Gaylene
506 B. Street
South Sioux City, NE 68776

Jackson Brandon
221 5th Street
MERRILL, IA 51038

Janeczek Anita
2716 Whisper Trail
Douglasville, GA 30135

JANESVILLE MALL LP
ATTN: MALL MANAGEMENT
2500 MILTON AVE
JANESVILLE, WI 53545

Joe Mcknight Jr.
8520 Janda Road
Richmond, TX 77469

Johnson Cameron
3680 Langton Rd
Cleveland, OH 44121

Johnson Charissa
1895 plazas
240
Atlanta, GA 30311

Johnson Darren
3030 Cont. Colony Prkwy. S/W
apartment 803
Atlanta, GA 30331

Johnson Laderia
970 Camilla St SW
Atlanta, GA 30314

Jones Eternity
704 coach way
Stockbridge, GA 30281

Juan Suarez Garcia
3640 South Fulton Avenue
Unit 1541
Hapeville, GA 30354

KDI ATLANTA MALL, LLC
c/o J. Charles Hendon
3445 Peachtree Rd NE Ste 465
Atlanta, GA 30326

Kohl Gerald
12307 Orme Road
Cleveland, OH 44125

LA FRONTERA IMPROVEMENTS LLC
565 TAXTER ROAD STE 400
ELMSFORD, NY 10523

Leary Johnny
7575 Cambridge
Houston, TX 77054

LENOX SQUARE
PO BOX 772809
CHICAGO, IL 60677-2809

Leonardo Vergel
6961 Roswell Rd.
apt L
SANDY SPRINGS, GA 30328

Lewis Chantel
3200 Lakeview Place
Apt 6
Atlanta, GA 30337

Liston Sarah
4 Bancroft Ct
North Sioux City, SD 57049

LITHONIA PROPERTY
C/O:TAIB ELKETTANI
5912 BENZ DRIVE
ZEPHERHILLS, FL 33540

LOCAL WESTGATE LLC
C/O EDIFIS GROUP
5301 KATY FREEWAY SUITE 200
HOUSTON, TX 77007

Lott Shalindria
6042  N Lee street
APT 3E
Morrow, GA 30260

Lozada-Carrillo Francisco
3640 S Fulton Ave
Unit 1459
Atlanta, GA 30354

LUXOR LTD
PO BOX 2796
MCALLEN, TX 78502

MADISON PORTOFINO PLACE LLC
3330 UNIVERSITY AVE
SUITE 206
MADISON, WI 53705

MALL AT GREAT LAKES, LLC
Washington Prime Group LP
4900 East Dublin Granville Road
COLUMBUS, OH 43215

MALL AT SUMMIT LLC
PO BOX 644271
PITTSBURGH, PA 15264-4271

MALL OF GEORGIA, LLC
MS Management Associates, Inc.
225 West Washington St.
Indianapolis, IN 46204

Maria Brito
6961 Roswell Rd
Apt L
SANDY SPRINGS, GA 30328

Marquez Beatriz
1000 LAKE REGENCY DR
APT 1005
Atlanta, GA 30349

Marquez Marquez Maria
111 Stewart Ave
Sioux City, IA 51104

Mason Mijalani
1718 Eastwood village dr
Apt 1718
Stockbridge, GA 30281

Mcknight Joe
8520 Janda Road
Richmond, TX 77469

MCM PROPERTIES LTD
4101 EAST 42ND STREET
ODESSA, TX 79762

MEWS DEVELOPMENT COMPANY
2135 DEFOOR HILLS RD
SUITE K2
ATLANTA, GA 30318

Michael Walker
1305 4Th Street
Galena Park, TX 77547

MONARCHS HOLDINGS, LLC
PO BOX 734271
DALLAS, TX 75373-4271

Moore LaDeja
2731 Quincy ln
Decatur, GA 30034

Morley Ashley
3350 haverhill Rowe
Lawrenceville, GA 30044

MT SAN ANTONIO I LLC
PO BOX 660394
DALLAS, TX 75266

Mullin Thomas
3821 Landmark Dr
Douglasville, GA 30135

Ndiaye YOUSSOUPHA
3678 Salem Hills court
Lithonia, GA 30038

NPMC Retail, LLC
c/o CBRE Global Investors, LLC
2100 McKinney Avenue, Suite 900
Dallas, TX 75201

Patrick Chinqua
3718 Mlk jr dr sw apt 3309
Apt 3309
ATLANTA, GA 30331

Paul Curtis
1258 Blanchester Road
Cleveland, OH 44124

PFP COLUMBUS, LLC
1500 POLARIS PARKWAY
SUITE 3000
COLUMBUS, OH 43240

Pineda De Lozada Benilda
3640 S Fulton Ave
Unit 1459
Atlanta, GA 30354

PMOF Special Situations Private Credit Fund
c/o Corporation Service Company
251 LITTLE FALLS DRIVE
Wilmington, DE 19808

PROMENADE SHOPS AT CENTERRA
PO BOX 715524
CINCINNATI, OH 45271-5524

RAINIER MOORE PLAZA ACQUISITIONS LLC
13760 NOEL RD STE 1020
DALLAS, TX 75240

Rapley Lisa
432 IRA Street SW
Unit 901
Atlanta, GA 30312-2583

Rapley Relondi
259 RICHARDSON ST.
708
Atlanta, GA 30312

Rashid Ayesha
2719 chamber st
Sioux City, IA 51104

RED LEE'S SUMMIT EAST, LLC
PO BOX 92282
LAS VEGAS, NV 89193-2282

Reese Mary
1701 Summerwood Drive
CLARKSTON, GA 30021

REGUS MANAGEMENT GROUP LLC
ach

Reid Anisha
1071 Hill St SE
A
Atlanta, GA 30315

Rich Cassandra
503 governors circle
ROSWELL, GA 30076

ROBERT E HAMPTON
305 WEST LOOP 281 #100
LONGVIEW, TX 75605

Robertson Margarita
1839 Indian hills dr
Sioux City, IA 51104

Rohler Daniel
4395 Saint Andrews Crest Dr
Cumming, GA 30040

Rohler Eden
4395 Saint Andrews Crest Dr
Cumming, GA 30040

Rohler Evan
4395 Saint Andrews Crest Dr
Cumming, GA 30040

Rolfes Joshua
505 E 8th Street
South Sioux City, NE 68776

SAAB VENTURES, LLC
PO BOX 887
STAFFORD, TX 77497

Sandra Tran
3316 Cheyenne Blvd
Sioux City, IA 51104

SCD AT Stonecrest Festival, LLC
c/o Star Commercial
4828 Ashford Dunwoody Road, Suite 300
Atlanta, GA 30338

Scott Rosalind
282 Park Street
Macon, GA 31210

SHEPHERD INVESTORS, LP
1800 POST OAK BLVD STE 400
c/o Wulfe Management Services, Inc.
HOUSTON, TX 77056

SL5 ATL Industrial 2, LP
c/o Stonelane Capital Partners, LLC
100 Crescent Court, Suite 850
Dallas, TX 75201

Smith Elaina
3144 Reeves Cir Nw apt 145
ATLANTA, GA 30311

Smith Kenneth
8447 Glendevon Court
Riverdale, GA 30274

Smith Toni
269 HWY 138  Apt 2307
Riverdale, GA 30274

Smith William
3130 Henderson Mill Rd
House
Chamblee, GA 30341-5604

Sosa Miryi
450 SHENANDOAH TRAIL
Apto 5D
Austell, GA 30168

SOUTH RIDGE VILLAGE
8501 S 78th Street
Suite A
LINCOLN, NE 68516

SOUTHDALE CENTER LLC
PO BOX 404874
ATLANTA, GA 30384-4874

SOUTHERN PARK MALL LLC
Washington Prime Group L.P
7401 MARKET ST Space 805
BOARDMAN, OH 44502

SOUTHLAKE EQUITIES, LLC
1975 HEMPSTEAD TURNPIKE
SUITE 309
EAST MEADOW, NY 11554

Southlake Equities, LLC
c/o INCORPORATING SERVICES, LTD.
900 OLD ROSWELL LAKES PARKWAY, SUITE 310
Roswell, GA 30076

SOUTHWEST PROPERTY MANAGEMENT
900 TOWN & COUNTRY LANE
SUITE 210
HOUSTON, TX 77024

SPM ACQUISITION LLC
ATTN: OFFICE COORDINATOR
500 SOUTHPARK CENTER
STRONGVILLE, OH 44136

Suarez Garcia Juan
3640 South Fulton Avenue
Unit 1541
Hapeville, GA 30354

TAILWIND MANAGEMENT INC
530 S FRONT STREET
SUITE 100
MANKATO, MN 56001

Taylor Tenia
2604 The Oaks
Apt # 2604
CLARKSTON, GA 30021

TERVEEN MANUFACTURED HOMES, LLC
4800 CORPORATE DRIVE
WEST DES MOINES, IA 50266

THE BRIERTON GROUP LLC
6125 LUTHER LANE #134
DALLAS, TX 75225

THE COMMONS AT WILLOWBROOK INC
PO BOX 849020
DALLAS, TX 75284

THE CROSSING AT 288 PHASE2 LLC
PO BOX 660394
DALLAS, TX 75266

THE LUND COMPANY
450 REGENCY PARKWAY STE 200
OMAHA, NE 68114

THE RETAIL PROPERTY TRUST
c/o M.S. Management Associates, Inc.
225 W. Washington St.
Indianapolis, IN 46204-3438

Thomas Girard
1839 Glen Ellen Road
Sioux City, IA 51106

Thomas Mullin
3821 Landmark Dr
Douglasville, GA 30135

Thompkins Quaytion
3190 Redwood Run
Atlanta, GA 30349

Timothy Bakken
24 17Th Ave N
Hopkins, MN 55343

TM ALTO 5000 S HULEN LLC
PO BOX 734002
DALLAS, TX 75373-4002

TORBORG BUILDERS
1500 OAK GROVE ROAD STE 100
ST CLOUD, MN 56301

TPP 306 FIRST COLONY LLC
1800 POST OAK BLVD
6 BLVD PLACE #400
HOUSTON, TX 77056

Tran Sandra
3316 Cheyenne Blvd
Sioux City, IA 51104

TRINITY SQUARE ACQUISITION, LLC
3900 PARK EAST DRIVE STE 200
C/O: BEK DEVELOPERS
BEACHWOOD, OH 44122


TTTRE LLC
500 FLOYD BLVD
PO BOX 1887
SIOUX CITY, IA 51101


TX BAYBROOK SQUARE CENTER LP
PO BOX 850300
MINNEAPOLIS, MN 55485-0300


UG2 SALON OH LP
ATTN: HEATHER MAHLOCH REM
950 MAIN AVE SUITE 200
CLEVELAND, OH 44113


Veasley Christopher
3325 Casa Lind Dr.
Decatur, GA 30032


Velasco Investments
803 HIDDEN WOODS DR
KELLER, TX 76248


Velazquez Rosa
30 cooper lake rd sw apt#D6
Mableton, GA 30126


Vergel Leonardo
6961 Roswell Rd.
apt L
SANDY SPRINGS, GA 30328


Villalobos Jennifer
1075 S Gordon RD
Austell, GA 30168-5435


Walker Derek
4093 river rd.
Ellenwood, GA 30294


Walker Michael
1305 4Th Street
Galena Park, TX 77547


Walker Tysinger
P.O. Box 371316
Decatur, GA 30037


Washington Brian
540 Humphries St.
Atlanta, GA 30312


Weaver Mike
3508 Idelwood St
Sioux City, IA 51104


Webb Dora
2040 STANTON RD APT H5
Atlanta, GA 30344


WEEMS TAMATHA
464 cooper st sw Apt F
464 cooper
Atlanta, GA 30312


Wilkerson Victor
4039 Carriage House Ct
Apt-G
East Point, GA 30344-6373


WOODLANDS MALL ASSOCIATES
PO BOX 86 SDS-12-3053
MINNEAPOLIS, MN 55486


YOUSSOUPHA Ndiaye
3678 Salem Hills court
Lithonia, GA 30038

United States Bankruptcy Court

Northern District of Georgia

In re: Heights, Inc.

Debtor(s)

Case No.

Chapter 7

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 08/11/2023

/s/ John Sabol

Signature of Individual signing on behalf of debtor

Authorized Representative

Position or relationship to debtor